**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 09-8066

KEITH G. COLEMAN,

Petitioner – Appellant,

v.

MILDRED RIVERA, Warden FCI Estill,

Respondent – Appellee.

Appeal from the United States District Court for the District of South Carolina, at Beaufort.  R. Bryan Harwell, District Judge. (9:09-cv-00805-RBH)

Submitted:  January 12, 2011          Decided:  January 18, 2011

Before AGEE, DAVIS, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Keith G. Coleman, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Keith G. Coleman, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp. 2010) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Coleman v. Rivera, No. 9:09-cv-00805-RBH (D.S.C. Oct. 28, 2009). We deny the motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED